(No. 5704—)

THE CHICAGO LIGHTHOUSE FOR THE BLIND, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed July 9, 1970.*

THE CHICAGO LIGHTHOUSE FOR THE BLIND, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

HOLDERMAN, J.